UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

AVANTI GAREDO,

 Plaintiff,

v.            Civil Action No.: 2:24-cv-00559

TRANSPORTATION DISTRICT
COMMISSION OF HAMPTON
ROADS D/B/A/ HAMPTON ROADS
TRANSIT,

 Defendant.

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Transportation District Commission of Hampton Roads, d/b/a Hampton Roads

Transit ("HRT"), by counsel, pursuant to the Federal Rule of Civil Procedure 56, moves the

Court for summary judgment on all claims filed by plaintiff Avanti Garedo.

In support of this Motion, HRT submits herewith a Brief in Support and supporting

exhibits.

       Respectfully submitted,

       **TRANSPORTATION DISTRICT COMMISSION OF
       HAMPTON ROADS d/b/a HAMPTON ROADS TRANSIT**

       By:  */s/ Anne G. Bibeau*
        Anne G. Bibeau, Esq. (VSB No. 41488)
        Henry P. Huff, Esq. (VSB No. 100784)
        WOODS ROGERS VANDEVENTER BLACK PLC
        101 West Main Street, Suite 500
        Norfolk, Virginia 23510
        Tel: (757) 446-8517
        Fax: (757) 446-8670
        Email: anne.bibeau@woodsrogers.com
          henry.huff@woodsrogers.com

4921-1425-5734