**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| AVANTI GAREDO,<br><br>       PLAINTIFF<br><br>v.<br><br><br>TRANSPORTATION DISTRICT<br>COMMISSION OF HAMPTON ROADS<br>d/b/a/ HAMPTON ROADS TRANSIT,<br><br>      DEFENDANT. | Civil Action No. 2:24-cv-00559 |

## PIERCE JEWETT, PLLC'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pierce Jewett, PLLC, pursuant to Local Civil Rule 83.1(H), and for the reasons set forth more fully in the Memorandum in Support filed herewith, respectfully moves this Court for leave to withdraw as counsel of record for Plaintiff Avanti Garedo.

Dated: November 4, 2025

Respectfully submitted,


           /s/
———————————————
Benjamin D. Johnson (VSB No. 90812)
Joel White, Esq. (VSB No. 98454)
Pierce Jewett, PLLC
1111 E. Main St., Ste. P120
Richmond, VA 23219
Telephone: (804) 564-1307
bjohnson@piercejewett.com
jwhite@piercejewett.com

*Counsel for Plaintiff Avanti Garedo*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification to:

Anne G. Bibeau, Esq. (VSB No. 41488)
Henry P. Huff, Esq. (VSB No. 100784)
WOODS ROGERS VANDEVENTER BLACK, PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Tel: 757-446-8600
Fax: 757-446-8670
anne.bibeau@woodsrogers.com
henry.huff@woodsrogers.com

*Counsel for Defendant*

_____/s/_____
Benjamin D. Johnson (VSB No. 90812)

*Counsel for Plaintiff Avanti Garedo*

2