**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

AVANTI GAREDO,

      **Plaintiff,**

v.                                                                          Civil Action No.: 2:24-cv-00559

TRANSPORTATION DISTRICT
COMMISSION OF HAMPTON
ROADS D/B/A/ HAMPTON ROADS
TRANSIT,

      **Defendant.**

<u>**DFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**</u>

      Defendant Transportation District Commission of Hampton Roads d/b/a Hampton Roads Transit ("HRT") files this response to Plaintiff Avanti Garedo's Motion for Extension of Time to Respond ("Motion for Extension") (ECF No. 29), and states as follows:

1.  HRT filed its Motion for Summary Judgment ("MSJ") (ECF No. 18) nearly three months ago, on October 31, 2025.

2.  On November 4, 2025, Plaintiff's attorney, Ben Johnson, filed a motion to withdraw as Plaintiff's counsel (ECF No. 21).

3.  On November 12, 2025, the Court entered an order staying the briefing schedule of HRT's MSJ and directing the Plaintiff to inform the Court within 30 days whether she had obtained new counsel or intended to proceed pro se (ECF No. 23).

4.  On December 16, 2025, the Court granted Mr. Johnson's motion to withdraw from the case (ECF No. 25).

1

5. On December 17, 2025, Plaintiff filed a notice of her intent to proceed pro se (ECF No. 26).

6. On January 7, 2026, the Court entered an order acknowledging Plaintiff's notice of intent to proceed pro se and lifting the stay on the briefing schedule for HRT's MSJ (ECF No. 28). The Court directed Plaintiff to file a response to HRT's MSJ within 21 days, by January 28, 2026.

7. On January 20, 2026, Plaintiff filed her Motion for Extension (ECF No. 29).

8. Plaintiff has failed to demonstrate good cause for her Motion for Extension and her motion does not make clear what will prevent her from filing a response to HRT's MSJ within 21 days of the Court's January 7 Order – a time which has not yet elapsed. HRT's MSJ was filed nearly 3 months ago, and Plaintiff has been in possession of all relevant discovery materials for over 5 months.

9. Plaintiff states in her motion that a further extension will allow her additional time to "finalize new representation or, if necessary, prepare and file her response independently." However, the Court previously allowed Plaintiff 30 days to obtain new counsel. At the end of this 30-day period, Plaintiff informed the Court she intended to proceed with the case pro se. Accordingly, the Court implemented a briefing schedule for HRT's MSJ on January 7, 2026. As of the date of this response to Plaintiff's Motion for Extension, Plaintiff still has 5 days to file a response to HRT's MSJ.

10. A further extension to Plaintiff's time to respond to HRT's MSJ prejudices HRT because it unnecessarily extends this litigation. HRT is further prejudiced by the continued accrual of legal expenses and the uncertainty of a pending lawsuit that has

now been active for over 16 months. Plaintiff has had more than adequate time to prepare a response to HRT's MSJ.

For the foregoing reasons, HRT respectfully requests that the Court enter an order denying Plaintiff's Motion for Extension and maintaining the current briefing schedule with regard to HRT's pending Motion for Summary Judgment.

Respectfully submitted,

 /s/ Anne G. Bibeau
Anne G. Bibeau, Esquire (VSB #41488)
Henry P. Huff, Esquire (VSB #100784)
WOODS ROGERS VANDEVENTER BLACK PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Telephone: 757-446-8600
Facsimile: 757-446-8670
Email:  Anne.Bibeau@woodsrogers.com
         Henry.Huff@woodsrogers.com

*Counsel for Defendant*

**Certificate of Service**

I hereby certify that on January 23, 2026, I electronically filed the foregoing Response with the Court and mailed a copy to *pro se* Defendant, Avanti Garedo, 3572 Forest Glen Road, Virginia Beach, VA 23452.

/s/ *Anne G. Bibeau*
Anne G. Bibeau, Esquire (VSB #41488)
Henry P. Huff, Esquire (VSB #100784)
WOODS ROGERS VANDEVENTER BLACK PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Telephone: 757-446-8600
Facsimile: 757-446-8670
Email: Anne.Bibeau@woodsrogers.com
Henry.Huff@woodsrogers.com

*Counsel for Defendant*

3