AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Avanti Garedo | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-00559-AWA-DEM |
| Transportation District Commission of Hampton Roads | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Avanti Garedo                                                                                     .

Date:       02/25/2026                                           /s/ Julia Seliavski
                                                                                 *Attorney's signature*

                                                          J. "Julea" Seliavski, VSB No. 101581
                                                                 *Printed name and bar number*
                                                              Seliavski Law PLLC
                                                              2404 Princess Anne Rd.,
                                                              Virginia Beach, VA 23456

                                                                          *Address*

                                                              julea@seliavski.com
                                                                  *E-mail address*

                                                              (757) 276-1241
                                                                 *Telephone number*

                                                                    *FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of February 2026, I will file the foregoing with the Clerk of Court in person, at the Eastern District of Virginia Courthouse. I have sent a copy of the Appearance of Counsel, Form AO 458, and a notification of filing to the following party via email delivery:

Anne G. Bibeau, Esq
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Email: Anne.Bibeau@woodsrogers.com
*Counsel for Defendant*

Henry Huff, Esq
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Email: Henry.Huff@woodsrogers.com
*Counsel for Defendant*

      ___/s/ J. "Julea" Seliavski_____
J. "Julea" Seliavski, Esq.
VSB No. 101581
Seliavski Law PLLC
2404 Princess Anne Rd.,
Virginia Beach, VA 23456
Phone:   (757) 276-1241
Email:    julea@seliavski.com

*Counsel for Plaintiff*