This transcript was exported on Feb 19, 2026 - view latest version here.

Garedo (00:02):

The time is now 3:59 going on four. About to go to this meeting with Kevin, Danielle and Ta'laneaka. Incognito mode.

Speaker 2 (00:41):

See, I ain't got, I got a t-shirt.

(00:42):

Hi, how are you? I'm fine.

Garedo (00:55):

These things are obnoxiously loud.

Brown (01:37):

She's not. She just called me from that number. That's why

Turner (01:46):

she's not going to be in the meeting.

Brown(01:48):

Okay. All right. Lemme see who answers. I just called Danielle. How you doing? Give me one second.

Garedo (01:55):

Hi.

Brown (02:08):

Hey Mike. Danielle call you?

Mike (02:11):

No.

Brown (02:12):

Alright, well, lemme try it again. See if I can get an answer. Okay.

(02:23):

Hey Kevin.

(02:24):

Hey. I got Mike. I'm you want call? Okay.

This transcript was exported on Feb 19, 2026 - view latest version here.

(02:27):
Okay.

(02:28):
Alright. Hey Mike. Okay, got Danielle, you there? I just want to get the, okay. Shut the door for me?

(02:38):
Can you get it?

(02:39):
yeah.

(02:39):
Okay. Yeah, thanks. Yeah. So I'm here. Mike, do you talk to Danielle or

(02:44):
we're ready.

(02:45):
Okay. Okay, awesome. Lemme turn it up a little bit. Okay. I'm here with Avanti and we're about to go over these two forms with her. Okay.

Danielle (02:55):
And is Ta'laneaka there?

(02:56):
Yes,

Brown (02:57):
Yeah, she's here.

Turner (02:57):
Yes, I'm here.

(02:58):
Hi. Ta'laneaka.

Turner (02:58):
Hi.

Danielle(03:00):
Okay, so go ahead.

Brown (03:02):

Okay, so the first form, we're going over the termination of employment, that form, and it states on August 4th, 2023, human resources informed you that your DOT physical on July 6th, 2023 was being investigated for falsification. You answered no to question 14 other health conditions that's described above. However, according to our records, your answer should have been no, I'm sorry, should have been yes, but you marked no on question 14. Providing false health information on DOT documents and validates your DOT medical certification. A DOT medical certification is required to maintain your CDL. A valid CDL is required for your position as an HRT bus operator. Trainee employees are responsible for maintaining their CDL. It has been determined as of August 3rd, 2023. You do not have a valid DOT and are in violation of HRT'S DOT policy. As such, your employment with Hampton Road Transit is being terminated, effective today, September 12th, 2023. Okay. You understand that?

Garedo (04:17):

Did you not get the form from Dr. Dorr?

Brown (04:23):

Say it again now?

Garedo (04:24):

Did you not? Because I went through, I was cleared and I did get a DOT from Dr. Dorr. So did you not get that?

Brown (04:32):

Did you get the DOT the information from Dr. Dorr, Danielle till?

Danielle (04:38):

Yeah, so that's why we have to go through the formality of a termination letter and then we offer you a last chance and final warning stating that you will make sure going forward that you always put all information on your DOT physical. You can go ahead and present her the last chance, final warning.

Brown (05:02):

Okay, so the other form, look at the other forms right there. It's our last chance, final warning. And HRT is willing to hold the termination in advance and reinstate you subject to the following conditions. The parties of this agreement understand that this is the last chance, final warning agreement that LCFWA will be in effect beginning September 12th, 2023 today and continue through the duration of Avanti Garedo's employment. If Avanti Garedo has another incident of providing incomplete, false, or misleading information as defined under section 1.34 of renal discipline to be reinstated resulting in immediate termination. Your signature on this agreement demonstrates that all parties agree that Avanti Garedo's termination cannot be grieved or arbitrated the advance of Avanti Garedo's termination does not and will not establish a past practice regarding future employment discipline. Action. Okay, so you got the termination, but we're willing to hold this termination and do a last chance. Okay?

Garedo (06:10):

So basically effective as of right now, I am in fact terminated?

Garedo Bates 000010 (Completed  02/17/26)
Transcript by Rev.com

This transcript was exported on Feb 19, 2026 - view latest version here.

**Brown** (06:15):

Correct, but we are giving you a last chance, right? So you assign the termination, then we bring you back on the last chance.

**Garedo** (06:30):

Well, as I stated before, I have not falsified anything as there was no documentation. So I'm not signing this. Have a good day since I am now in fact, terminated.

**Brown** (06:45):

Okay, don't slam the door please.

**Garedo** (07:05):

End transaction.